**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KYM MANULA, an Individual; and                                                      PLAINTIFFS
LIL' OUTLAWS PONY CAMP, LLC, a
Colorado Limited Liability Company, d/b/a
SPRADDLE CREEK RANCH

v.                                         No. 4:06CV01107 JLH

RICK WHEAT                                                                                    DEFENDANT

**JUDGMENT**

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is hereby entered in favor of Kym Manula against Rick Wheat in the amount of $13,191.21 and in favor of Lil' Outlaws Pony Camp, LLC, d/b/a Spraddle Creek Ranch, against Rick Wheat in the amount of $71,700.00, with post-judgment interest to accrue at the rate of 4.05% per annum from the date of the entry of this judgment until the judgment is satisfied.

IT IS SO ORDERED this 5th day of October, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE